

# SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   EDCV 04-1506-VAP(SGLx)                              Date   April 25, 2005

Title   ALBERT COHEN, individually and dba THE TRADING POST; NOEL GOETZ, individually and dba PAWNDEROSA JEWELRY AND LOAN; and WILLARD T. PARLET, individually and dba PARLET'S JEWELRY AND LOAN -v- CITY OF BEAUMONT, a Municipal Corporation, PATRICK A. SMITH, in his individual and official cpaacity as Chief of Police of the Beaumont Police Department; JEFF SCHULER, in his individual and official capacity as a Lieutenant of the Beaumont Police Department; STEVE E. HOBB, in his individual and official capacity as a Detective of the Beaumont Police Department; JOSEPH S. AKLUFI, in his individual and official capacity as City Attorney for the City of Beaumont, and DOES 1-10, inclusive

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| RACHEL INGRAM | PHYLLIS PRESTON | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Jon Webster                                          Arthur Cunningham

Proceedings:  SETTLEMENT CONFERENCE

Court conducts settlement conference, reaches a tentative resolution, which is placed on the record. The Court sets a status conference on June 6, 2005 at 1:30 p.m.



Initials of Preparer